JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LESLEY WILLIAMS McCOMBS,

        Defendant.

- - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
A F F I D A V I T

(21 U.S.C. §§ 952(a)
and 960)

12-M-406

EASTERN DISTRICT OF NEW YORK, SS:

        CARLOS SOTO, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.  This affidavit is submitted to supplement the complaint filed in this matter on April 23, 2012.

        Commencing on or about April 22, 2012, the defendant LESLEY WILLIAMS McCOMBS passed a total of 61 pellets with a total gross weight of approximately 598.5 grams of cocaine.  In addition, as indicated in the pre-arraignment complaint, the defendant removed an egg-shaped object from her vaginal area, which, when probed, revealed a white powdery substance that field-tested positive for cocaine.  The approximate gross weight of the cocaine in the vaginal insert was 267.4 grams.  In all, cocaine with a total approximate gross weight of 865.9 grams was recovered from the defendant.

WHEREFORE, your deponent respectfully requests that the defendant LESLEY WILLIAMS McCOMBS be dealt with according to law.

CARLOS SOTO
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this

‚SKY
‛DGE
.K

2